# ALABAMA COURT OF CRIMINAL APPEALS



December 5, 2025

**CR-2024-0188**

Steven Todd Hallford v. State of Alabama (Appeal from Houston Circuit Court: CC-20-619, CC-20-620, CC-20-621, CC-20-622, CC-20-623, and CC-20-624)

## <u>NOTICE</u>

You are hereby notified that on December 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk